

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NOS. WR-83,286-01 & WR-83,286-02

### IN RE BRANDON JAY CARTER, Relator

## ON APPLICATION FOR A WRIT OF MANDAMUS AND PROHIBITION
## IN CAUSE NO. 12-DCR-061186 IN THE 240TH DISTRICT COURT
## FROM FORT BEND COUNTY

*Per curiam.*

### O R D E R

Relator filed a motion for leave to file an application for a writ of mandamus and a motion for leave to file an application for writ of prohibition, pursuant to the original jurisdiction of this Court. The applications request that we order the district court to vacate its order substituting appointed counsel dated March 12, 2015. Relator first filed a petition for writ of mandamus in the First Court of Appeals. *In re Brandon Jay Carter*, No. 01-15-00216-CR (Tex. App.—Houston [1st Dist.] May 7, 2015) (not designated for publication). The Court of Appeals denied relief without comment. *Id.*

This Court stayed the proceedings in the underlying cause, held the motions in abeyance, and

ordered Respondent to file a response. Respondent, the Judge of the 240th District Court of Fort Bend County, has now filed a response stating that he will withdraw his order substituting appointed counsel and reinstate Mr. D. Christopher Hesse as Relator's trial counsel. This action will cause Relator's claims to be moot.

The order to stay proceedings contained in this Court's prior order dated June 1, 2015 is hereby lifted. The motions for leave to file an application for writ of mandamus and prohibition are denied.

Filed: August 26, 2015
Do Not Publish